UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:21-cv-01773-TPB-JSS

MARVIN WORRELL,

    Plaintiff,

v.

RESURGENT CAPITAL SERVICES, L.P.,

    Defendant.

_____/

**NOTICE OF MEDIATION**

Plaintiff Marvin Worrell ("Plaintiff") advise this Court that Plaintiff and Defendant Resurgent Capital Services, L.P. (collectively, the "Parties") have scheduled mediation with Gregory P. Holder, whereby said mediation is scheduled for **9:00 AM** (EST) on **November 29, 2021**, *via* remote video conference, *e.g.,* Zoom.

DATED: October 1, 2021

    Respectfully Submitted,

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:  tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:  954-907-1136

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 1, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

  /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377